# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA

FILED

JUN 7 2011

WILLIAM B. GUTHRIE
Clerk, U.S. District Court
By_____
Deputy Clerk

BRYAN K. BROWN, )
)
Plaintiff, )
)
v. ) No. CIV 10-480-RAW-SPS
)
CLAUDINE NUTTING, )
)
Defendants. )

## OPINION AND ORDER

Plaintiff, an inmate in the custody of the Oklahoma Department of Corrections who is incarcerated at James Crabtree Correctional Center in Helena, Oklahoma, has filed this civil rights complaint, pursuant to 42 U.S.C. § 1983. The sole defendant is plaintiff's former wife Claudine Nutting. Ms. Nutting has not been served.

Plaintiff summarizes his case as follows: "My wife always swore if I left her, I would leave with nothing. She conspired with the Judge and an unknown clerk and made it happen." [Docket #1 at 2]. He claims the judge in his divorce case held a hearing without notice to plaintiff, and his then-wife falsely claimed at the hearing that no marital property was acquired during their marriage. He alleges he lost personal property as a result, and he is seeking compensatory and punitive damages, along with any other relief the court deems equitable. [Docket #1 at 5-7].

"The *Rooker-Feldman* doctrine prevents the lower federal courts from exercising jurisdiction over cases brought by state-court losers challenging state-court judgments rendered before the district court proceedings commenced." *Mann v. Boatright*, 477 F.3d

1140, 1146 (10th Cir. 2007) (quotations omitted). A complaint seeking review and reversal of a state-court judgment is properly dismissed under *Rooker-Feldman*. *See id.* at 1147. Moreover, "[f]ederal district courts do not have jurisdiction over challenges to state-court decisions in particular cases arising out of judicial proceedings even if those challenges allege that the state court's action was unconstitutional." *Van Sickle v. Holloway*, 791 F.2d 1431, 1436 (10th Cir. 1986) (quotation omitted). Because plaintiff is challenging the decision in his divorce, this court does not have jurisdiction.

**ACCORDINGLY,** this action is, in all respects, DISMISSED WITHOUT PREJUDICE for lack of jurisdiction.

**IT IS SO ORDERED** this 7th day of June 2011.

							_____
							**RONALD A. WHITE**
							**UNITED STATES DISTRICT JUDGE**